IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 3:14cr126HTW-FKB

AUDREY LASHAY TILLMAN

## MOTION AND ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses **AUDREY LASHAY TILLMAN** from the Criminal Information filed October 8, 2014, without prejudice, in the above styled and numbered case as the defendant entered a guilty plea on February 1, 2016, in Criminal Cause Number 3:16cr4HTW-FKB.

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By:    */s/ Glenda R. Haynes*
Glenda R. Haynes MSB# 2132
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the Criminal Information against **AUDREY LASHAY TILLMAN,** filed October 8, 2014.

ORDERED this 12th day of February 2016.

UNITED STATES DISTRICT JUDGE